155 So.2d 602

**Clyde CARTER**

v.

**STATE.**

3 Div. 102.

Court of Appeals of Alabama.

Oct. 23, 1962.

Rehearing Denied Nov. 20, 1962.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for appellant.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., for the State.

CATES, Judge.

Affirmed, authority of Abernathy v. State, 155 So.2d 586.

Certiorari denied by Supreme Court, 155 So.2d 602 (3 Div. 42).

171 So.2d 455

**Joe Lewis CLEMONS**

v.

**CITY OF BIRMINGHAM.**

6 Div. 998.

Court of Appeals of Alabama.

Oct. 6, 1964.

Rehearing Denied Oct. 27, 1964.

Arthur Shores and Orzell Billingsley, Jr., Birmingham, Jack Greenberg and Norman C. Amaker, New York City, for appellant.

Wm. C. Walker, Birmingham, for appellee.

PRICE, Presiding Judge.

Affirmed.